UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x

TIDER TORRES,

                        Plaintiff,

-against-

THE CITY OF NEW YORK, DEPARTMENT OF
CORRECTION COMMISSIONER MARTIN F.
horn, CHIEF CAROLYN THOMAS, DEPUTY WARDEN
ROBERT SHAW, #317 g.r.v.c., CORRECTION OFFICER
JACK MIDDLETON, SHIELD #13108, CAPTAIN
TABETHA RUGBART, SHIELD #518, CORRECTION
OFFICER SANCHEZ, #19117

                        Defendants.

--------------------------------------------------------------- x

07-CV-3473 (GEL)

ORDER OF SETTLEMENT
AND DISMISSAL OF ACTION

ECF CASE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/07

      WHEREAS, plaintiff Tider Torres commenced this action by filing a complaint on or about May 1, 2007; and

      WHEREAS, defendants served plaintiff Tider Torres with a Rule 68 Offer of Judgment on November 15, 2007, attached herewith; and

      WHEREAS, plaintiff Tider Torres accepted defendant's Rule 68 Offer of Judgment on November 21, 2007, acceptance attached herewith; and

      **NOW, THEREFORE, IT IS HEREBY ORDERED**, that:

      1. All claims in the above-referenced action asserted by plaintiff Tider Torres are hereby dismissed pursuant to Rule 68 of the Federal Rules of Civil Procedure and the terms of the Rule 68 Offer of Judgment made by defendants to Tider Torres on November 15, 2007.

SO ORDERED:

*/s/ Gerard E. Lynch*
GERARD E. LYNCH, U.S.D.J.

12/11/07