LYNCH, J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

TIDER TORRES

                                                Plaintiff,

                  -against-                         FINAL JUDGMENT

THE CITY OF NEW YORK, DEPARTMENT OF
CORRECTION COMMISSIONER MARTIN F.      07-CV-3473(GEL)
HORN, CHIEF CAROLYN THOMAS, DEPUTY
WARDEN ROBERT SHAW, #317 G.R.V.C.,
CORRECTION OFFICER JACK MIDDLETON, SHIELD    ECF CASE
#13108, CAPTAIN TABETHA RUGBART, SHIELD
#518, CORRECTION OFFICER SANCHEZ, #19117

                                             Defendants.

------------------------------------------------------------- x

       WHEREAS, all parties have agreed to settle and dismiss the civil action <u>Tider Torres v. City of New York</u>, et al, for $3001.00 plus reasonable attorney's fees, expenses and costs; and

       WHEREAS, the Court of Honorable Judge Gerard E. Lynch of the United States District Court of the Southern District of New York has ordered the action dismissed;

       NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Court:

1.     Enters final judgment for an amount of $3001.00 in addition to,

2.     Reasonable attorneys' fees in the amount of $4580.00, and expenses in the amount of $468.96, for a total of $5048.96 in fees and expenses.

SO ORDERED:

_____
GERARD E. LYNCH, U.S.D.J.

12/12/07