UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

TIDER TORRES,

               Plaintiff,

    -against-

CITY OF NEW YORK, et al.,

               Defendants.

------------------------------------------------------------x

07 Civ. 3473 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

      By letter dated December 12, 2007, to the Court, Corporation Counsel states that the proposed final judgment for attorneys' fees and expenses submitted to and entered by the Court on December 12, 2007, was not submitted on consent. Plaintiff's counsel represents that it was in fact a mistake that the proposed final judgment was transmitted to the Court in advance of December 20, 2007. Accordingly, on consent of both parties and in accordance with Fed. R. Civ. P. 60(b), that portion of the final judgment entered on December 12, 2007, awarding attorneys' fees and expenses in the amount of $5048.96 is hereby vacated.

SO ORDERED.

Dated: New York, New York
       December 14, 2007

                                                  GERARD E. LYNCH
                                             United States District Judge