UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

TIDER TORRES,

            Plaintiff,

  -against-

CITY OF NEW YORK, et al.,

           Defendants.

------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/07
```

07 Civ. 3473 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

    The parties having informed the Court that they are in disagreement about what constitutes a reasonable amount for plaintiff's attorney's fees in this matter, it is hereby ordered that:

1.   Plaintiff's application for fees is due on January 11, 2008.

2.   Defendants' opposition is due on January 25, 2008.

3.   Plaintiff's reply is due on February 1, 2008.

SO ORDERED.

Dated: New York, New York
       December 21, 2007

                                                  GERARD E. LYNCH
                                                  United States District Judge