UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

TIDER TORRES

                                                            Plaintiff,

-against-

THE CITY OF NEW YORK, DEPARTMENT OF
CORRECTION COMMISSIONER MARTIN F.
HORN, CHIEF CAROLYN THOMAS, DEPUTY
WARDEN ROBERT SHAW, #317 G.R.V.C.,
CORRECTION OFFICER JACK MIDDLETON, SHIELD
#13108, CAPTAIN TABETHA RUGBART, SHIELD
#518, CORRECTION OFFICER SANCHEZ, #19117

                                                         Defendants.

**DECLARATION OF CYNTHIA CONTI-COOK IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES**

Docket # 07CV3473

ECF CASE

------------------------------------------------------------------------ x

CYNTHIA CONTI-COOK declares under penalty of perjury and pursuant to 28 U.S.C. §1976 that the following is true and correct:

1. I have worked at Stoll, Glickman & Bellina, LLP since January 2007.

2. While an associate with Stoll, Glickman & Bellina, LLP, I have handled seventeen filed civil rights lawsuits in the Southern and Eastern District.

3. I have participated with the firm's partners in two trials in the Southern District of New York.

4. I have also drafted documents, investigated, and conducted research for dozens of civil rights complaints by attorneys at Stoll, Glickman & Bellina, LLP.

5. I have conducted and defended several depositions in connection with the firm's civil rights practice.

6. I was admitted to the New York State Bar in May of 2007 and to the Southern and Eastern Districts in June of 2007.

7. Prior to joining Stoll, Glickman & Bellina, LLP, I did legal research for various attorneys litigating criminal cases in Manhattan Supreme Court, Brooklyn Supreme Court, and the Southern District of New York.

8. I graduated from the City University of New York School of Law at Queens College in May 2006.

9. During law school, I handled criminal clients through the Adult Defenders Clinic for whom I filed motions, made appearances in Queens Criminal Court and Manhattan Supreme Court, investigated cases, and negotiated with district attorneys.

10. As a legal intern, I worked extensively on prisoner rights cases with both the Legal Aid Society's Prisoners Rights Project in the summer of 2005 and with the Urban Justice Center's Mental Health Project in the summer of 2004.

Dated:     Brooklyn, New York
           January 11, 2008

                                        Stoll, Glickman & Bellina, LLP
                                        Attorneys for Plaintiff
                                        71 Nevins St.
                                        Brooklyn, NY 11217

                                        By:_____
                                            Cynthia Conti-Cook