# Stoll, Glickman & Bellina L.L.P.
## Attorneys

**STATEMENT OF ACCOUNT**

November 27, 2007

---

TIDER TORRES,

                                  Plaintiff,

            -against-

THE CITY OF NEW YORK, DEPARTMENT OF
CORRECTION COMMISSIONER MARTIN F.
HORN, CHIEF CAROLYN THOMAS, DEPUTY WARDEN ROBERT SHAW, #317 G.R.V.C.,
CORRECTION OFFICER JACK MIDDLETON, SHIELD #13108, CAPTAIN TABETHA RUGBART,
SHIELD #518, CORRECTION OFFICER SANCHEZ, #19117,

                                  Defendants.

TO PROFESSIONAL SERVICES HEREIN concerning this matter:

**Thu Nov 15, 07 - Time Entry - 0.30 hours**
sending letter to CHS re mistake, the med records start at 11-06 instead of 2-06

**Thu Nov 15, 07 - Time Entry - 1.20 hours**
talk to assistant about getting right meds  .1
letter to court re:discovery demands still unanswered .8
Telephone call to Mr. Tider Torres  .1
Telephone call from Honorable Judge Gerard Lynch  .1
Telephone call to ACC Joyce Campbell Priveterre  .1

**Fri Nov 2, 07 - Time Entry - 0.30 hours**
sent ACC 2nd letter requesting responses and service

**Thu Oct 18, 07- Time Entry- 0.1 hours**: ASSISTANT
Refax CHS request

**Tue Oct 9, 07 - Time Entry - 0.40 hours:** ASSISTANT
Mailing med request to CHS

**Tue Oct 9, 07 - Time Entry - 0.70 hours**
Telephone call from Mr. Tider Torres .1
office visit .5
mail waivers to ACC  .1

**Mon Oct 8, 07 - Time Entry - 0.30 hours**
generate new releases
file review

**Sat Oct 6, 07 - Time Entry - 0.10 hours**
Telephone call from Mr. Tider Torres

**Thu Oct 4, 07 - Time Entry - 0.10 hours**
Telephone call to Mr. Tider Torres

**Tue Oct 2, 07 - Time Entry - 0.50 hours**
review file-check what defendants have not answered .4
need new waivers from tider
Telephone call to Mr. Tider Torres .1

**Fri Aug 17, 07 - Time Entry - 1.50 hours**
intial disclosures and interrogs 1.4
Telephone call to Mr. Tider Torres .1

**Thu Aug 16, 07 - Time Entry - 1.80 hours**
Telephone call to ACC Joyce Campbell-Priveterre  .1
complete scheduling order  .8
intial conference .6
travel .3

**Tue Aug 7, 07 - Time Entry - 0.80 hours**
prep for conference .6
send ACC waivers and notice of conference .2

**Wed Jun 13, 07 - Time Entry - 0.10 hours**: ASSOCIATE
Telephone call to Mr. Tider Torres -- left message

**Thu Jun 7, 07 - Time Entry - 0.20 hours**
Telephone call to GRVC

**Wed Jun 6, 07 - Time Entry - 0.10 hours**: ASSISTANT
ECF Waiver of Service of Summons for City

**Wed May 2, 07 - Time Entry - 0.30 hours**:ASSOCIATE
putting hipaas waivers together with envelope

**Tue May 1, 07 - Time Entry - 0.40 hours**:ASSOCIATE
redrafting complaint .2
Telephone call to Mr. Tider Torres  .2

**Mon Apr 30, 07 - Time Entry - 1.20 hours**: ASSOCIATE
reediting Complaint .7
 Telephone call to Mr. Tider Torres .3
Telephone call to Mr. Tider Torres   .1
Telephone call to Mr. Tider Torres .1

**Fri Apr 27, 07 - Time Entry - 0.60 hours**
edit complant

**Wed Apr 25, 07 - Time Entry - 0.50 hours**: ASSOCIATE
complaint

**Fri Apr , 07 - Time Entry - 2.40 hours**:ASSOCIATE
Drafting complaint 2.0
Telephone call to Mr. Tider Torres .1

Telephone call from Mr. Tider Torres .3

**Tue Mar 20, 07 - Time Entry - 0.20 hours**: ASSOCIATE
Letter to DOC requesting officer locations

**Mon Mar 19, 07 - Time Entry - 0.90 hours**: ASSOCIATE
drafting complaint

**Mon Jan 22, 07 - Time Entry - 0.10 hours**
Telephone call from Mr. Tider Torres

**Mon Aug 7, 06 - Time Entry - 0.50 hours**
Telephone call to Mr. Tider Torres .1
Telephone call from Mr. Tider Torres .4

**Fri Apr 28, 06 - Time Entry - 0.10 hours**
Telephone call from Mr. Tider Torres

**Thu Apr 6, 06 - Time Entry - 0.10 hours**
Telephone call from Mr. Tider Torres

**Fri Mar 31, 06 - Time Entry - 1.00 hours: ASSISTANT**
Prepared and mailed out intake package - retainer, medical releases (CHS) and NOC


TOTAL TIME
    Partner Time 9.2 hours at 350/hr      3220.00
    Associate Time 6 hours at 200/hr      1200.00
    Assistant Time 1.6 hours at 100/hr      160.00

OUR FEE HEREIN:      $ 4580.00

DISBURSEMENTS:
    Filing and Service      365.00
    Medical records      85.50
    Copies      4.83
    Postage      13.63

TOTAL DISBURSEMENTS      468.96

TOTAL FEES AND DISBURSEMENTS      $5048.96