| ORIGINAL-WHITE | DUPLICATE-YELLOW | TRIPLICATE-PINK |
|---|---|---|

RECEIPT FOR PAYMENT
UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

E 613731

at _____

RECEIVED FROM _Stoll Glick..._
Torres, T      07cv 3473 (GEL)
McCleod         07cv 3475 (LAP)

| Fund | | |
|---|---|---|
| 6855XX | Deposit Funds | |
| 604700 | Registry Funds | |
| | General and Special Funds | UNITED STATES DISTRICT COURT |
| 508800 | Immigration Fees | |
| 085000 | Attorney Admission Fees | |
| 086900 | Filing Fees | INVOICE #12404 |
| 322340 | Sale of Publications | |
| 322350 | Copy Fees | DATE\TIME: 5/1/2007 4:45:14 PM |
| 322360 | Miscellaneous Fees | CASHIER: Marc #10 |
| 143500 | Interest | STATION: 01 |
| 322380 | Recoveries of Court Costs | |
| 322386 | Restitution to U.S. Government | |
| 121000 | Conscience Fund | |
| 129900 | Gifts | 2 COMPLAINT 4/06           $700.00 |
| 504100 | Crime Victims Fund | 086900   $60. |
| 613300 | Unclaimed Monies | 510000  $190.00 |
| 510000 | Civil Filing Fee (½) | 086400  $100 |
| 510100 | Registry Fee | |
| | | GRAND TOTAL         $700.00 |

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

DEPUTY CLERK: _MG_

| DATE: | Cash | Check | M.O. | Credit |
|---|---|---|---|---|
| 20 | | | | |

| Date | Type | Reference | | | | |
|---|---|---|---|---|---|---|
| | | City of NY Dept of Health & Mental Hygien | | 10/24/2007 | | |
| 10/24/2007 | Bill | | Original Amt. | Balance Due | Discount | Payment |
| | | | 85.50 | 85.50 | | 85.50 |
| | | | | Check Amount | | 85.50 |

HSBC Operating Acco

Reorder Please Call Compu Financial Systems, Inc. at 888.344.1207 or Fax request to 954-341-3201

85.50

---

RECEIPT

DATE 5-1-07         No. 583021

RECEIVED FROM Ted Braunstein         $ 15 -

File Complaint Torres, Tider         DOLLARS

○ FOR RENT  500 Pearl
○ FOR

○ CASH
○ MONEY ORDER
○ CHECK        FROM Sonia
○ CREDIT CARD  BY

| ACCOUNT | |
| PAYMENT | |
| BAL. DUE | |

000778