UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

TIDER TORRES,

Plaintiff,

-against-

THE CITY OF NEW YORK, DEPARTMENT OF

CORRECTION COMMISSIONER MARTIN F.

HORN, CHIEF CAROLYN THOMAS, DEPUTY
WARDEN ROBERT SHAW, #317 G.R.V.C.,
CORRECTION OFFICER JACK MIDDLETON,
SHIELD #13108, CAPTAIN TABETHA RUGBART,
SHIELD #518, CORRECTION OFFICER SANCHEZ,
#19117,

Defendants.

------------------------------------------------------------x

**AFFIDAVIT OF SERVICE
BY HAND**

ECF Case

Docket No.: 07CV3473

State Of New York, County of Kings ss:

__Ted Braunstein__, being duly sworn, deposes and says:

I am over 18 years of age and not a party to this action.

At 5:10 AM/PM, on _____ at **100 Church Street
New York, NY 10007**_____

in the County of ____New York____, City of New York, I served the attached
                    (Name of County)

__motion for attorney's fees__ in this matter on __Joyce Campbell Priveterre__

by delivering the said motion for attorney's fees to:
__Marilyn Sortino__
(Name of actual person with whom the SUMMONS was left)

☐ the said defendant in person,
or
☐ of the known to me to be the __Secretary__ of the __Corp. Counsel City of N.Y.__
                                  (Title)                (Corporation/Partnership)

**Description of Individual Served in Person:**

Sex: F    Color of Skin: Lt. Br.    Color of Hair: Bl
Approximate Age: 30    Approximate Weight: ____    Approximate Height: 5'6"

Sworn to before me this 17 day of January 2008
_____                              _____
(Notary Public or Court Employee and Title)            (Signature of Deponent)
                                                       Ted Braunstein

CYNTHIA CONTI-COOK
Notary Public, State of New York
No. 02CO6171485
Qualified in King County
Commission Expires July 23, 2011